| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| KENNETH ALLEN PHILEN, | § |
| Plaintiff, | § § § |
| versus | § CIVIL ACTION NO. 1:10-CV-12 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | § § § § |
| Defendant. | § § |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the report of the United States magistrate judge pursuant to such order, along with the record and pleadings. No objections to the report of the United States magistrate judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States magistrate judge are correct, and the report of the United States magistrate judge is **ADOPTED**. A Final Judgment will be entered separately, reversing the decision of the Commissioner and remanding this action to the Commissioner for reconsideration.

SIGNED at Beaumont, Texas, this 13th day of September, 2011.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE